**Order entered June 15, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00943-CR
### No. 05-14-00944-CR

**CHARLES EVERAGE DOYAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-80146-2014, 199-80147-2014**

## ORDER

The Court **REINSTATES** the appeals.

On April 29, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Mitchell Nolte; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) appellant's brief will be filed by June 21, 2015.

We **ORDER** appellant to file his brief by **FRIDAY, JUNE 26, 2015**. Because appellant has already been granted on thirty-day extension of time to file the brief and the brief is now four months overdue, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/ ADA BROWN
JUSTICE